MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695
email michaellehners@yahoo.com
Attorney for Chapter Seven Trustee
Allen Dutra

Ex 9/23/13

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE

RICK J. ARNAUD,

    Debtor(s).
_____

ALLEN M. DUTRA, Chapter Seven Trustee,

    Plaintiff

vs.

RICK J. ARNAUD, MAIN STREET PAWN, INC., DAN S. MCCASSIE and RONALD ARNAUD,

    Defendants
_____/

BK-N- 11-51998-btb
CHAPTER 7

Adv. No. 13-5027
Hearing Date:_____
and Time:_____
Mtn No. _____
Est Time: 5 Minutes

PLAINTIFF'S MOTION TO DISMISS ADVERSARY COMPLAINT

    COMES NOW Plaintiff, Allen M. Dutra, Trustee of the estate of the Debtor above-named, by and through undersigned counsel, and files the following Motion to Dismiss his Adversary Complaint against Ronald Arnaud, Main Street Pawn, Inc. and Dan S. McCassie. This motion is made and based upon the pleadings on file herein and the Memorandum of Points and Authorities attached hereto.

MEMORANDUM OF POINTS AND AUTHORITIES

1

The Debtor filed the instant bankruptcy on June 17, 2011. At that time, the Debtor owned the real property located at Hart Lane in Churchill County, Nevada and a 2004 Correct Craft boat.

On June 13, 2013 the Plaintiff filed the instant adversary. This complaint sought to avoid the deed of trust in favor of Ronald Arnaud, who is the Debtor's father. This deed of trust secured an antecedent debt, and it was recorded within the one year period prior to the filing of the bankruptcy.

The complaint also sought to avoid the transfer of the 2004 Correct Craft to Main Street Pawn, Inc. and Dan S. McCassie. While it is not certain exactly when the boat was transferred, the Plaintiff alleged it was either an unperfected pre-petition lien which could be avoided under 11 U.S.C. §544(a) or an unauthorized post petition transfer which could be avoided under 11 U.S.C. §549.

Both Ronald Arnaud and Dan McCassie have been very cooperative with respect to the Trustee's efforts to avoid these transfers. On July 15, 2013 Ronald Arnaud executed a reconveyance of his deed of trust. This was recorded in the Churchill County Recorder's office on August 26, 2013. Please see Exhibit "1".

Mr. McCassie and the Debtor turned over the boat to the Trustee, who has since given it to Samantha Brockeslby to auction.

The Trustee has a sale pending for the Hart Lane property. Escrow is set to close on September 24, 2013. One of the conditions of escrow is the avoidance of Ronald Arnaud's deed of trust. Counsel has been in communication with Dana von Stetina at Northern Nevada Title Company. She believes the recorded deed of reconveyance will be sufficient to clear title. However, if it is not, then the Plaintiff will seek entry of a formal declaratory judgment to title can issue. On September 12, 2013 this Court entered an Order granting the Plaintiff's motion to enter judgment. However, assuming escrow can close with the recorded deed, then there

2

is no need for a judgment. By the time of the hearing on this motion, counsel will know whether a judgment is needed or if the matter may be dismissed.

### Argument

Fed. R. Bank. Pro. 7041 incorporates Fed. R. Civ. Pro. 41. Subsection (a)(2) allows the Court to dismiss a complaint upon the Plaintiff's motion only when it is pursuant to terms the Court deems proper. Since no party has filed an answer or a motion for summary judgment, the Plaintiff could have dismissed his adversary by notice. However, the Plaintiff wanted the Court and interested parties to know the reasons for the dismissal, which is why this Motion is being made pursuant to Fed. R. Civ. Pro. 41(a)(2).

In light of the foregoing, the Plaintiff respectfully requests that this Court enter a dismissal of this adversary against all parties. In the event that the Title Company notifies counsel escrow cannot close without a declaratory judgment, then the Plaintiff shall file an amendment to this motion to advise the Court and other parties.

Dated: This __19__ day of __September__, 2013

By: _____
Michael Lehners, Esq.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331

3

# Exhibit 1

# Exhibit 1

APN: 009-271-54

**RECORDING REQUESTED BY:**
Northern Nevada Title Company

**When Recorded Mail Document To:**
Michael Lehners, Esq.
429 Marsh Ave.
Reno, NV  89509

Escrow No.: 1100215-DV
Title No.:

APN: 009-271-54



DOC # 436638
08/26/2013      03:07 PM
**Official Record**
Recording requested By
NORTHERN NEVADA TITLE CC

Churchill County - NV
Joan Sims - Recorder
Page   1  of   2       Fee: $43.00
Recorded By: TH       RPTT: $0.00

436638

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

WHEREAS, Rick J. Arnaud was the original Trustor, Title Service and Escrow Company the original Trustee, and Ronald Arnaud the Beneficiary,

under that certain Deed of Trust dated February 4, 2010 and recorded March 14, 2011 as Document No. 419380 on March 14, 2011 in Official Records of the Churchill County, State of Nevada, and

WHEREAS, the undersigned Beneficiary desires to substitute a new Trustee under said Deed of Trust in place and instead of Title Service and Escrow Company now therefore, the undersigned hereby substitutes Ronald Arnaud as Trustee under said Deed of Trust and as the substituted Trustee does hereby reconvey, without warranty, to the person or persons legally entitled thereto, the Estate now held thereunder.

DATED: July 15, 2013

Beneficiary and Substituted Trustee
Ronald Arnaud

STATE OF NEVADA)
COUNTY OF _____)

On _____, 2013 personally appeared before me, a Notary Public, Ronald Arnaud who acknowledged that he executed the above instrument.

Signature _____
(Notary Public)

See attached

APN: 009-271-54

RECORDING REQUESTED BY:
Northern Nevada Title Company

When Recorded Mail Document To:
Michael Lehners, Esq.
429 Marsh Ave.
Reno NV 89509

Escrow No.: 1100215-DV
Title No.:

APN: 009-271-54

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## SUBSTITUTION OF TRUSTEE AND FULL RECONVEYANCE

WHEREAS, Rick J. Arnaud was the original Trustor, Title Service and Escrow Company the original Trustee, and Ronald Arnaud the Beneficiary,

under that certain Deed of Trust dated February 4, 2010 and recorded March 14, 2011 as Document No. 419380 on March 14, 2011 in Official Records of the **Churchill County**, State of **Nevada**, and

WHEREAS, the undersigned Beneficiary desires to substitute a new Trustee under said Deed of Trust in place and instead of Title Service and Escrow Company now therefore, the undersigned hereby substitutes **Ronald Arnaud** as Trustee under said Deed of Trust and, as the substituted Trustee does hereby reconvey, without warranty, to the person or persons legally entitled thereto, the Estate now held thereunder.

DATED: July 15, 2013

_____
Beneficiary and Substituted Trustee
Ronald Arnaud

STATE OF NEVADA)
COUNTY OF _____

On _____, 2013 personally appeared before me, a Notary Public, Ronald Arnaud who acknowledged that he executed the above instrument.

Signature: _____
(Notary Public)

See Attached

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

State of California

County of _Santa Cruz_

On _July 31, 2013_ before me, _Kathryn Allison Baumert, notary public_,
Date                                    Here Insert Name and Title of the Officer

personally appeared _Ronald L. Arnaud_
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Kathryn Allison Baumert_
Signature of Notary Public

[Notary Seal: KATHRYN ALLISON BAUMERT, Commission # 1947043, Notary Public - California, Santa Cruz County, My Comm. Expires Aug 6, 2015]

Place Notary Seal Above

——— **OPTIONAL** ———

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

© 2012 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907